974 A.2d 1160

**John BOYCE, Petitioner**

v.

**Michael KLOPOTOSKY, Superintendent State Correctional Institution at Dallas, Department of Corrections, and Pennsylvania Board of Probation and Parole, Respondents.**

**No. 52 EM 2009.**

Supreme Court of Pennsylvania.

June 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**